UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CELESTE HOLLAND,<br><br>      Plaintiff,<br><br>    v.<br><br>JOSEPH A. FARROW, et al.,<br><br>      Defendants. | Case No. 14-cv-01349-JST<br><br>**ORDER TO SHOW CAUSE WHY CLAIM SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)**<br><br>Re: ECF No. 14 |
|---|---|

On June 6, 2014, the Court issued an Order granting Defendant Joseph Farrow's motion to dismiss Plaintiff's claims against him without prejudice. ECF No. 14. The Order granted Plaintiff thirty days to file an amended complaint curing the deficiencies in her claims against Defendant Farrow. Id. at 4. Plaintiff has failed to amend her complaint.

Therefore, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims against Defendant Farrow should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall file a written response to this order no later than July 29, 2014. If Plaintiff fails to file an adequate response by this date, her claims against Defendant Farrow will be dismissed WITH prejudice.

**IT IS SO ORDERED.**

Dated: July 8, 2014

                                              JON S. TIGAR
                                    United States District Judge