UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE HOLLAND,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH A. FARROW, et al.,<br><br>  Defendants. | Case No. 14-cv-01349-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF Nos. 26, 28 |

Before the Court are Defendants Joseph Farrow, and Nancy O'Malley and Catherine Kobal's Motions to Dismiss. ECF Nos. 26, 28. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matters suitable for disposition without oral argument. The hearing on these matters, currently scheduled for October 30, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: October 21, 2014

_____
JON S. TIGAR
United States District Judge