UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE HOLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH A. FARROW, et al.,<br><br>    Defendants. | Case No. 14-cv-01349-JST<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE AND SETTING DEADLINE FOR FILING OF AMENDED COMPLAINT**<br><br>Re: ECF No. 33 |

On November 21, 2014, the Court dismissed Plaintiff's First Amended Complaint, but granted leave to amend. The Court did not, however, set a deadline for the filing of an amended complaint. The Court now orders that any amended complaint must be filed by January 9, 2015.

Also, because the case will not yet be at issue, the Court CONTINUES the Case Management Conference currently scheduled for December 17, 2014 to Wednesday, February 25, 2015 at 2:00 p.m. Plaintiff's request for a continuance, ECF No. 33, is therefore granted in part. The parties must file case management statements at least ten court days beforehand.

**IT IS SO ORDERED.**

Dated: December 14, 2014

                                          JON S. TIGAR
                                    United States District Judge