UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CELESTE HOLLAND,

    Plaintiff,

    v.

JOSEPH A. FARROW, et al.,

    Defendants.

Case No. 14-cv-01349-JST

**ORDER VACATING HEARING**

Re: ECF No. 36

Before the Court is Defendant California Department of Motor Vehicle's Motion to Dismiss Plaintiff's First Amended Complaint. ECF No. 36. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for January 29, 2015, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 19, 2015

                                              JON S. TIGAR
                                              United States District Judge