UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CELESTE HOLLAND,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. FARROW, et al.,<br><br>Defendants. | Case No. 14-cv-01349-JST<br><br>**ORDER SETTING DEADLINE TO AMEND COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF Nos. 39, 40 |
|---|---|

The Court hereby orders Plaintiff to file any amended complaint against Defendant the California Department of Motor Vehicles by March 16, 2015. See ECF No. 39.

The Court also hereby continues the case management conference currently set for February 25, 2015 to Wednesday, April 8, 2015 at 2:00 p.m. The parties shall file a new joint case management statement that conforms to the Court's standing orders by March 25, 2015.

IT IS SO ORDERED.

Dated: February 23, 2015

_____
JON S. TIGAR
United States District Judge