UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE HOLLAND,<br>    Plaintiff,<br>v.<br>JOHN AZEVEDO, et al.,<br>    Defendants. | Case No. 14-cv-01349-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 65 |

Before the Court is Defendants John Azevedo, Robert Estes, and Shawna Pacheco's Motion for Summary Judgment. ECF No. 65. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 21, 2016, is hereby VACATED.

IT IS SO ORDERED.

Dated: April 11, 2016

_____
JON S. TIGAR
United States District Judge